IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HENRY BASS,**

    **Plaintiff,**

vs.	5:05-CV-072-SPM/AK

**JOANNE BARNHART,
Commissioner of the Social
Security Administration,**

    **Defendant.**
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) dated June 14, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.	The magistrate judge's report and recommendation (doc. 8) is

    adopted and incorporated by reference in this order.

2.  Plaintiff's motion to dismiss (doc. 7) is *granted*.

2.  This case is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this <u>nineteenth</u> day of July, 2005.

      *s/ Stephan P. Mickle*

      Stephan P. Mickle
      United States District Judge

/pao